1  Tanya Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, CA  95112
3  Telephone (408) 271-6600
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Jose Leon

FILED
JAN 24 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JOSE LEON, | ) No. 1:10-CV-01750-AWI-GSA |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | ) |
| HOME DEPOT U.S.A., INC., et al., | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Jose Leon and Defendant Home Depot U.S.A., Inc. the parties who have appeared in this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: December 20, 2010                    MOORE LAW FIRM, P.C.

                                           /s/Tanya Moore
                                           Tanya Moore
                                           Attorney for Plaintiff

*Leon v. Home Depot, et al.*
Stipulation for Dismissal

Page 1

| | | |
|---|---|---|
| 1 | Date: December 20, 2010 | GREENBERG TRAURIG, LLP |
| 2 | | |
| 3 | | /s/ Marc B. Koenigsberg |
| 4 | | Marc B. Koenigsberg, Attorneys for Defendant Home Depot U.S.A., Inc. |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

Dated: 1-24-11                              /s/ [signature]
                                            United States District Court Judge

*Leon v. Home Depot, et al.*
Stipulation for Dismissal

Page 2